JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **MATTHEW MORRIS,** | **Case No.:** 2:25-cv-06567-JFW-MAAx |
| Plaintiff, | **ORDER** |
| v. | **HON. JOHN F. WALTER** |
| **WELLS FARGO BANK, NATIONAL ASSOCIATION; AND, ALDRIDGE PITE, LLP** | |
| Defendants. | |

Based upon the Parties' Stipulation, and good cause, this Court hereby orders Defendants WELLS FARGO BANK, NATIONAL ASSOCIATION; AND, ALDRIDGE PITE, LLP to be, and are, dismissed with prejudice. Each party to bear their own attorneys' fees and costs.

IT IS SO ORDERED.

Dated: **January 5, 2026**

_____
HON. JOHN F. WALTER
UNITED STATES DISTRICT COURT JUDGE